1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALANCED BODY, INC., a California Corporation,

    Plaintiff(s),

v.

PEAK BODY SYSTEMS, INC., a Colorado Corporation,

    Defendant(s).

No. C 3:08-cv-02059

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 25, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")