**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALANCED BODY, INC., )<br>        Plaintiff (s) )<br>  v.  )<br>  )<br>PEAK BODY SYSTEMS, INC.. )<br>        Defendant (s) )<br>_____) | CASE NO. C-08-2059 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

\_\_\_\_\_  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

\_\_\_\_\_  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: June 30, 2008

                            _____
                            Maria-Elena James
                            United States Magistrate Judge

                            _____
                            By: Brenda Tolbert, Deputy Clerk