IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCED BODY INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>PEAK BODY SYSTEMS, INC., a Colorado corporation,<br><br>        Defendant.<br>_____/ | No. 08-2059 MMC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |

    Brian A. Carpenter, an active member in good standing of the bars of Texas and Colorado, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff,

    IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

    **IT IS SO ORDERED.**

Dated: July 16, 2008

_____
MAXINE M. CHESNEY
United States District Judge