1  Daniel T. McCloskey (SBN: 191944)
   mccloskeyd@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Brian A. Carpenter *(admitted pro hac vice)*
   carpenterb@gtlaw.com
6  GREENBERG TRAURIG, LLP
   1200 Seventeenth Street, Suite 2400
7  Denver, CO 80202
   Telephone: (303) 572-6500
8  Facsimile: (303) 572-6540

9  Attorneys for Plaintiff
   Balanced Body, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BALANCED BODY, INC., a California Corporation, | Case No. 08-cv-02059-MMC |
| Plaintiff; | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PEAK BODY SYSTEMS, INC., a Colorado Corporation, | |
| Defendant. | |

Plaintiff, Balanced Body, Inc. ("Balanced Body"), has not served a summons and complaint on Defendant, Peak Body Systems, Inc. ("Defendant") for the reason that the dispute has been resolved to the Parties' mutual satisfaction per agreement. Therefore, Defendant has not served on the Plaintiff an answer or a motion for summary judgment in this action.

Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, as evidenced by the signature of its counsel below, hereby dismisses with prejudice all claims asserted in this action; however, in the event that the agreement resolving this matter is materially breached, this notice shall be deemed to be without prejudice, and Plaintiff shall not be barred from asserting the claims asserted in this action.

Respectfully submitted this 4th day of August, 2008.

/s/ Daniel T. McCloskey
Daniel T. McCloskey
Greenberg Traurig, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Brian A. Carpenter
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6573
Facsimile: (303) 572-6540
Email: carpenterb@gtlaw.com

**Attorneys for Plaintiff
Balanced Body, Inc.**